Case 1:24-cr-02027-SAB    ECF No. 527    filed 08/30/24    PageID.2312    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 30, 2024
SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ALFREDO RICARDO ARREDONDO,<br><br>Defendant. | No. 1:24-CR-02027-SAB-12<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>ECF No. 525 |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 525). Defendant was represented by court-appointed attorney Frank Cikutovich.

Defendant requests that the Court modify Special Condition No. 9 to replace his home detention requirement with a curfew. ECF No. 525. The United States Attorney's Office and the United States Probation/Pretrial Services Office have no objection to Defendant's request. *Id*.

Accordingly, **IT IS ORDERED**:

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 525**) is **GRANTED**.

2. **Special Condition No. 9 (ECF No. 423) is MODIFIED** in its entirety to read **as follows:**

ORDER - 1

**9.**    **Defendant shall be restricted to the approved residence every day from 10:00 PM to 5:00 AM, _or_ as directed by the United States Probation/Pretrial Services Office.**

3.    All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED August 30, 2024.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2